# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| GARRETT LOOMIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:19-cv-1009 |
| ) | |
| AMERISTAR CASINO KANSAS ) | |
| CITY, LLC, JOHN DOE 1, and ) | |
| JOHN DOE 2, ) | |
| ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT AMERISTAR CASINO KANSAS CITY, LLC'S MOTION TO DISMISS PLAINTIFF'S PETITION

Defendant Ameristar Casino Kansas City, LLC ("Ameristar" or "Defendant"), by and through its undersigned counsel, moves the Court to dismiss Plaintiff's Amended Petition for Damages with prejudice pursuant to Rules 12(b)(4), 12(b)(5), 12(b)(6), and 41(b) of the Federal Rules of Civil Procedure.

Plaintiff filed his Petition his Petition on May 28, 2019. Under Missouri law, process must be served within thirty days, or, with leave of the court, within 60 additional days. M. Sup. Ct. R. 54.21. Plaintiff did not attempt to serve the summons until November 14, 2019, when he served Defendant with an invalid expired summons. Four days later, on November 18, 2019, or 174 days after filing his Petition, Plaintiff served an invalid alias summons addressed to the wrong party, Ameristar Casino Kansas City, Inc. Even if the summonses had otherwise been valid, Plaintiff's service was untimely as it exceeded the maximum allowable extension of 60 days (although Plaintiff never requested any extension). Accordingly, Plaintiff's claims should

be dismissed for failure to prosecute under Fed. R. Civ. P. 41(b), insufficient process under Fed. R. Civ. P. 12(b)(4), and insufficient service of process under Fed. R. Civ. P. 12(b)(5).

Additionally, Plaintiff's claims should be dismissed under Fed. R. Civ. P. 12(b)(6) for failure to state a claim because Plaintiff fails to allege any discriminatory intent by Ameristar as required under Mo. Rev. Stat. § 213.010. In support of its Motion to Dismiss, Ameristar is contemporaneously filing Suggestions in Support, which Ameristar incorporates herein.

WHEREFORE, Ameristar respectfully requests the Court enter an order granting Ameristar's motion to dismiss with prejudice and awarding such other and further relief as the Court deems just and proper.

Respectfully submitted,

*/s/ Phillip C. Thompson*
Kyle B. Russell, MO Bar # 52660
Phillip C. Thompson, MO Bar # 69915
JACKSON LEWIS P.C.
7101 College Blvd, Suite 1200
Overland Park, KS 66210
Telephone: (913) 981-1018
Facsimile: (913) 981-1019
Kyle.Russell@jacksonlewis.com
Phillip.Thompson@jacksonlewis.com

*ATTORNEYS FOR DEFENDANT*
*AMERISTAR CASINO KANSAS CITY, LLC*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 23rd day of December 2019, a true and accurate copy of the above and foregoing was filed electronically via the Court's CM/ECF electronic filing system to the following counsel of record:

Kirk D. Holman
HOLMAN SCHIAVONE, LLC
4600 Madison Avenue, Suite 810
Kansas City, MO 64112
kholman@hslawllc.com

*ATTORNEY FOR PLAINTIFF*

                                  */s/ Phillip C. Thompson*
                                  AN ATTORNEY FOR DEFENDANT
                                  AMERISTAR CASINO KANSAS CITY, LLC

4819-6897-6303, v. 1